**CRIMINAL CAUSE**
**FOR SENTENCING**

**BEFORE: WEXLER, J.**          **DATE:**  **DECEMBER  6, 2007**     **TIME:**    **11:00 A.M.**

**DOCKET #:**   **CR 01-00120**                                              **TOTAL TIME: 1 HR**

**TITLE:**       **USA**               **V.**        **JEFFREY BURTON (BAIL)**

**APPEARANCES:**

**GOV'T:**                         **DEMETRI JONES, AUSA**
                                    **BY: EVAN WILLIAMS, AUSA**

**DEFT:**                          **PATRICK S. MIELO, ESQ (RET.)**

**COURT REPORTER:**           **DOMINICK TURSI**

CASE CALLED.  DEFT APPEAR(S) WITH COUNSEL.  SENTENCING HELD.

APPLICATION FOR DOWNWARD DEPARTURE IS GRANTED.

SENTENCE: FOUR (4) YEARS PROBATION.

DEFT SENTENCED ON COUNT 1 OF A SINGLE-COUNT INFORMATION.

SPECIAL ASSESSMENT: $100.00

SPECIAL CONDITIONS OF SUPERVISION: Defendant shall cooperate with State and Federal Governments in filing his income tax.

DEFENDANT REFERRED TO PROBATION.

SENTENCING PROCEEDING CONCLUDED.